IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C and SLING TV L.L.C.<br><br>*Plaintiffs*,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>*Defendant*. | Civil Action No. 2:21-cv-00132-JRG-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiffs DISH Technologies L.L.C and Sling TV L.L.C. (collectively, "Plaintiffs") and Defendant Peloton Interactive, Inc. hereby notify the Court that all matters in controversy between the parties in the above-captioned case have been resolved by settlement. The parties request that the Court continue the stay of this case as ordered on June 3, 2021 (Dkt. 21) until receipt of Plaintiffs' concurrently filed Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 2, 2023                                             Respectfully submitted,

                                                                              **BAKER BOTTS L.L.P.**

*/s/ Brian M. Buroker*                                        /s/ *Kurt Pankratz*
Brian M. Buroker                                                G. Hopkins Guy, III
DC Bar # 457158 (admitted in ED TX)       hop.guy@bakerbotts.com
GIBSON, DUNN & CRUTCHER LLP           1001 Page Mill Road
Washington, DC 20036-5306                        Building One, Suite 200
Tel: (202) 955-8500                                          Palo Alto, CA 94304

| | |
|---|---|
| Fax: (202) 530-4200<br><br>*Attorneys for Defendant Peloton Interactive, Inc.* | Telephone: 650.739.7500<br>Facsimile: 650.739.7699<br><br>Kurt Pankratz<br>kurt.pankratz@bakerbotts.com<br>2001 Ross Ave., Suite 900<br>Dallas, TX 75201<br>(214) 953-6584<br>Telephone: 214.953.6584<br>Facsimile: 214.661.4584<br><br>Ali Dhanani<br>ali.dhanani@bakerbotts.com<br>One Shell Plaza<br>910 Louisiana St.,<br>Houston, TX 77002<br>Telephone: 281.250.2294<br>Facsimile: 713.229.2808<br><br>Jamie R. Lynn<br>jamie.lynn@bakerbotts.com<br>700 K Street, N.W.<br>Washington, DC 20004<br>Telephone: 202.639.7700<br><br>*Attorneys for Plaintiffs Dish Technologies L.L.C. and Sling TV L.L.C.* |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Defendant's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on May 2, 2023.

/s/  Kurt Pankratz