IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DISH TECHNOLOGIES L.L.C., and SLING TV L.L.C., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00132-JRG-RSP |
| PELOTON INTERACTIVE, INC., | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the Notice of Dismissal ("Notice") filed by DISH Technologies L.L.C and Sling TV L.L.C. ("Plaintiffs"). (Dkt. No. 13.) In the Notice, Plaintiffs represent that the above-captioned case is voluntarily dismissed with prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**
May 4, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE